# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

120 BROADWAY

13TH FLOOR

NEW YORK, NEW YORK 10271

TELEPHONE (212) 238-4800

FACSIMILE (212) 238-4848

www.lcbf.com

SOPHIA REE
MEMBER
TEL: (212) 393-7923
EMAIL: sree@lcbf.com

One Gateway Center
22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

300 Delaware Avenue
Suite 210
Wilmington, DE 19801
Tel: (302) 514-6901

November 14, 2023

> Defendants' motion is GRANTED. The initial pretrial conference is rescheduled to January 5, 2024 at 10:45 AM. The Clerk of Court is directed to terminate the motion at ECF No. 11.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: November 14, 2023

*Via ECF*

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *David Henderson Jr. v. The National Railroad Passenger Corporation, et al.*
Case No. 23-cv-06871 (AS) (KHP)

Dear Judge Subramanian:

We represent defendants National Railroad Passenger Corporation ("Amtrak") and CSX Transportation, Inc. (collectively, "Defendants") in the above referenced matter.

We write with the consent of Plaintiff to advise the Court that the parties have reached a settlement in this matter and are in the process of finalizing the settlement papers. For this reason, the parties respectfully request that the upcoming conference scheduled for November 20, 2023 be adjourned for 45 days or to a date that is convenient for the Court.

Should the Court have any questions or require additional information, please contact the undersigned.

Respectfully submitted,

/s/ *Sophia Ree*

Sophia Ree

cc: Steven B. Kaufman (via e-mail)

4896-0042-6128v.1